# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1612
L.T. Case No. 16-2012-CF-11400-A

_____

LEE MARVIN SIMMS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


3.850 Appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

Lee Marvin Simms, Live Oak, pro se.

No Appearance for Appellee.

July 15, 2025

PER CURIAM.

   AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

JAY, C.J., and MAKAR and WALLIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____